UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD LUCAS-MACGIBBON, et al., | Case No. 2:17-cv-01348-MMD-PAL |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| USAA LIFE INSURANCE COMPANY, INC., | |
| Defendant. | |

This matter is before the court on plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court May 11, 2017. Defendant filed an Answer (ECF No. 5) May 12, 2017. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** Plaintiffs shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 16, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of June, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1